# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MICHAEL KEY; JOHN DOE 1; JOHN DOE 2,<br><br>Plaintiffs,<br><br>v.<br><br>MOREHOUSE COLLEGE, a domestic, not-for-profit Corporation, MOREHOUSE COLLEGE BOARD OF TRUSTEES; JOHN SILVANUS WILSON, JR., Individually and in his capacity as former President of Morehouse College; DAVID A. THOMAS, individually and in his capacity as President of Morehouse College; MAURICE WASHINGTON, individually, and as Associate Vice President for Student Services and the Dean of College at Morehouse College; MICHAEL HODGES, individually, and Senior Vice President and Provost of Academic Affairs at Morehouse College; JOY WHITE, individually, and as Vice President of Legal Affairs and Chief Compliance Officer of Morehouse College; DEMARCUS K. CREWS, individually, and as Interim Director of Housing and Residential Education of Morehouse College; QUISHA BUGGS, individually, and as Resident Advisor for Morehouse College; JOSHUA L. TROUTMAN, individually, and as Associate Coordinator of Resident Education for Morehouse College; TERRAINE L. BAILEY, | CIVIL ACTION FILE NO.:<br><br>_____ |

individually and in her capacity as Title IX Coordinator and Compliance Specialist of Morehouse College; SHAWN MOORE, individually, and as Associate Coordinator of Resident Education; BRITTANY MAXWELL, individually, and as Dean of Dubois House and Douglas Hall at Morehouse College; SOPHIA BRELVI, individually, and as Title IX Coordinator of Morehouse College; MAYNARD SCARBOROUGH, individually, and as OIA Officer at Morehouse College; and MICHAEL SMITH, individually, and as Dean of King Chapel at Morehouse College,

        Defendants.

## NOTICE OF REMOVAL

Defendants Morehouse College, Morehouse College Board of Trustees, and David A. Thomas (collectively, the "College Defendants"), through counsel, hereby file this Notice of Removal pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446. The grounds for removal are as follows:

1. Plaintiffs Michael Key, John Doe 1, and John Doe 2 commenced this action against Defendants by filing a Complaint for Damages and Demand for Jury Trial in the Superior Court of Fulton County, Georgia on June 29, 2020. A copy of Plaintiffs' Complaint is attached hereto as Exhibit A. No other process, pleadings, or orders were served on the College Defendants in this action; however, the College

Defendants also include in their Exhibit A copies of all filings to date in the action now pending in the Superior Court of Fulton County, Georgia.

2. The College Defendants accepted service of the Complaint on July 14, 2020.

3. To the College Defendants' knowledge, no other Defendant has been served in the state court action.

4. The state court action is captioned <u>Michael Key et al. v. Morehouse College et al.</u>, Civil Action File No. 2020CV337757, Superior Court of Fulton County, Georgia.

5. The Complaint sets forth a claim arising under the laws of the United States. Plaintiffs assert, among other claims, that they each individually and separately were discriminated against in violation of Title IX of the Education Amendments of 1972, 20 U.S.C. §§ 1681 et seq. (<u>See</u> <u>Ex. A</u> Pls.' Compl. ¶¶ 64-73.)

6. All Defendants properly served in this action have filed this Notice within the time limit set forth in 28 U.S.C. § 1446(b) and consent to the removal of this action.

7. Pursuant to 28 U.S.C. § 1331, this Court has original jurisdiction over a civil action arising under the laws of the United States. Plaintiffs' civil action is properly removed to this Court pursuant to 28 U.S.C. § 1441 because this Court is

located in the district and division embracing the place where the state court action is pending.

8. In addition, 28 U.S.C. § 1367(a) provides that "in any civil action of which the district courts have original jurisdiction, the district courts shall have supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution."

9. This Court possesses supplemental jurisdiction over each Plaintiff's state law claims because those claims share common nuclei of operative facts with each Plaintiff's individual claims against the College Defendants brought under federal law. Moreover, the disposition of each Plaintiff's individual state law claims will involve the same or similar evidence and information as their individual Title IX claims and the circumstances related to and actions undertaken in connection therewith.

10. A true and correct copy of this Notice is being filed promptly with the Clerk of the Superior Court of Fulton County, Georgia pursuant to 28 U.S.C. § 1446(d).

11. Written notice of the filing of this Notice will be served promptly on counsel for all adverse parties, pursuant to 28 U.S.C. § 1446(d), as reflected in the attached Certificate of Service.

12. By removing this action from the Superior Court of Fulton County, Georgia, the College Defendants do not waive any defenses available to them.

13. By removing this action from the Superior Court of Fulton County, Georgia, the College Defendants do not admit any of the allegations in the Complaint.

WHEREFORE, pursuant to 28 U.S.C. §§ 1331, 1367, 1441 and 1446, Defendants Morehouse College, Morehouse College Board of Trustees, and David A. Thomas respectfully remove this civil action from the Superior Court of Fulton County, Georgia to the United States District Court for the Northern District of Georgia, Atlanta Division.

This 14th day of July, 2020.

Respectfully submitted,

**HOLLAND & KNIGHT LLP**

s/ Joshua I. Bosin
Joshua I. Bosin
Georgia Bar No. 143054
Regions Plaza, Suite 1800

1180 West Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 817-8558
Facsimile: (404) 881-0470
E-Mail: joshua.bosin@hklaw.com

Of Counsel

Joshua W. B. Richards, Esq.
Carolyn A. Pellegrini, Esq.
Patrick F. Nugent, Esq.
SAUL EWING ARNSTEIN & LEHR LLP
1500 Market Street, 38th Floor
Philadelphia, Pennsylvania 19102
Telephone: (215) 972-7737
Facsimile: (215) 972-7725
E-Mail: joshua.richards@saul.com
E-Mail: carolyn.pellegrini@saul.com
E-Mail: patrick.nugent@saul.com
(*Pro Hac Vice forthcoming*)

Candace McLaren Lanham, Esq.
SAUL EWING ARNSTEIN & LEHR LLP
1919 Pennsylvania Avenue, N.W., Suite 550
Washington, DC  20006-3434
Telephone: (202) 295-6646
Facsimile: (202) 337-6065
E-Mail: candace.mclaren@saul.com
(*Pro Hac Vice forthcoming*)

*Counsel for Defendants*
*Morehouse College, Morehouse College*
*Board of Trustees, and David A. Thomas*

## CERTIFICATE OF SERVICE

I hereby certify that on this date I have electronically filed the foregoing **NOTICE OF REMOVAL** with the Clerk of Court using the CM/ECF system and served the same upon counsel for Plaintiffs via electronic mail and United States First Class Mail properly addressed as follows:

Tiffany Simmons, Esq.
P.O. Box 191274
Atlanta, Georgia  31119
E-Mail:  tmsrlaw@gmail.com

Corey Martin, Esq.
P.O. Box 6911
Douglasville, Georgia  30154
E-Mail:  corey@mart10law.com

This 14th day of July, 2020.

s/ Joshua I. Bosin
Joshua I. Bosin
Georgia Bar No. 143054